```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PAUL A. HEMESATH
    Assistant U.S. Attorney
 3  501 I Street, 10th Floor
    Sacramento, California  95814
 4  Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO.  2:10-CR-0411 LKK |
| | ) |
| Plaintiff, | ) ORDER CONTINUING |
| | ) STATUS CONFERENCE |
| | ) |
| v. | )DATE: November 15, 2011 |
| | )TIME: 9:15 a.m. |
| | )COURT: Hon. Lawrence K. Karlton |
| ALEJANDRO MEDINA-PRADO, | ) |
| | ) |
| Defendant. | ) |
| _____) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, and counsel for Plaintiff; and Clemente Jimenez for ALEJANDRO MEDINA-PRADO, that the above status conference be rescheduled from this Court's November 15, 2011, calendar, and that the matter be re-calendared for November 29, 2011, at 9:15 a.m.  This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations.  The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy

1

trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS FURTHER STIPULATED that time be excluded through November 29, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: November 10, 2011 /s/ Paul Hemesath
Paul Hemesath
Assistant United States Attorney
Counsel for Plaintiff

Dated: November 10, 2011 /s/ Clemente Jimenez
Clemente Jimenez
Counsel for Defendant
ALEJANDRO MEDINA-PRADO

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.**

Dated: November 14, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT