```
1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, 10th Floor
   Sacramento, California  95814
4  Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:10-CR-0411 LKK |
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE |
| v. | DATE: January 10, 2012<br>TIME: 9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |
| ALEJANDRO MEDINA-PRADO, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, and counsel for Plaintiff; and Clemente Jimenez for ALEJANDRO MEDINA-PRADO, that the above status conference be rescheduled from this Court's January 10, 2012, calendar, and that the matter be re-calendared for January 24, 2012, at 9:15 a.m.  This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations.

Specifically, the parties have agreed, in principle, to proceed by way of superseding indictment, to be followed by an

1

immediate change of plea.  The parties require the additional two weeks requested to complete the proposed court filings, and to complete final investigations.

The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS FURTHER STIPULATED that time be excluded through January 24, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: January 6, 2012      /s/ Paul Hemesath
                            Paul Hemesath
                            Assistant United States Attorney
                            Counsel for Plaintiff

Dated: January 6, 2012      /s/ Clemente Jimenez
                            Clemente Jimenez
                            Counsel for Defendant
                            ALEJANDRO MEDINA-PRADO

**O R D E R**

Based on the reasons set forth in the stipulation of the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, January 10, 2012, be vacated and that the case be set for **Tuesday, January 24, 2012, at 9:15 a.m.**  The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this

2

stipulation, January 6, 2012, through and including January 24, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: January 9, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT