CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
ALEJANDRO MEDINA-PRADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MEDINA-PRADO,<br><br>Defendant. | Case No.: 10-411 LKK<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  January 24, 2012<br>TIME:   9:15 a.m.<br>JUDGE:  Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul Hemesath, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant ALEJANDRO MEDINA-PRADO, that the status conference scheduled for January 24, 2012, at 9:15 a.m., be vacated and the matter continued to this Court's criminal calendar on February 14, 2012, at 9:15 a.m. for further status conference. Defense counsel has just been presented with a plea agreement, which needs to be reviewed with Mr. Medina-Prado, currently housed in Butte County.

　　IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

10cr0411.stipo.0123.1.doc
01/23/12

- 1 -

DATED: January 20, 2012          /S/   Paul Hemesath_____
                                 PAUL HEMESATH
                                 Attorney for Plaintiff


                                 /S/   Clemente M. Jiménez_____
                                 CLEMENTE M. JIMÉNEZ
                                 Attorney for Alejandro Medina-Prado


## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for January 24, 2012, at 9:15 a.m., be vacated and the matter continued to February 14, 2012, at 9:15 a.m. for change of plea. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: January 23, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT