```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PAUL A. HEMESATH
    Assistant U.S. Attorney
 3  501 I Street, 10th Floor
    Sacramento, California  95814
 4  Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,     ) NO.  2:10-CR-0411 LKK
                              )
            Plaintiff,        ) STIPULATION AND ORDER CONTINUING
                              ) STATUS CONFERENCE
                              )
       v.                     )DATE: February 28, 2012
                              )TIME: 9:15 a.m.
                              )COURT: Hon. Lawrence K. Karlton
ALEJANDRO MEDINA-PRADO,       )
                              )
            Defendant.        )
_____)
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, and counsel for Plaintiff; and Clemente Jimenez for ALEJANDRO MEDINA-PRADO, that the above status conference be rescheduled from this Court's February 28, 2012, calendar, and that the matter be re-calendared for March 20, 2012, at 9:15 a.m.  This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations.

Specifically, the parties have agreed, in principle, to proceed by way of superseding indictment, to be followed by an

1

immediate change of plea. The parties require the additional three weeks requested to complete the proposed court filings, and to complete final investigations.

The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS FURTHER STIPULATED that time be excluded through March 20, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: February 24, 2012,  /s/ Paul Hemesath
Paul Hemesath
Assistant United States Attorney
Counsel for Plaintiff

Dated: February 24, 2012  /s/ Clemente Jimenez
Clemente Jimenez
Counsel for Defendant
ALEJANDRO MEDINA-PRADO

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.**

Dated: February 24, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT