```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PAUL A. HEMESATH
    Assistant U.S. Attorney
 3  501 I Street, 10th Floor
    Sacramento, California  95814
 4  Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:10-CR-0411 LKK |
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| ALEJANDRO MEDINA-PRADO, | |
| Defendant. | |

The parties appeared before the Court on April 3, 2011, in case number 2:10-CR-0411 LKK. At that time, based upon the representations and agreement of all counsel, the Court ordered that the status conference set for April 3, 2012, at 9:15 a.m., be continued to April 24, 2012, at 9:15 a.m., and that the time beginning April 3, 2012, and extending through April 24, 2012, was excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

The exclusion of time is appropriate due to the defense counsel's need to prepare. 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv); Local Code T4. A continuance is necessary in this case in order to ensure defense counsel has a reasonable amount of time

to review the evidence given the limitations imposed by Congress. It is also necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that the status conference set for April 3, 2012, at 9:15 a.m., be continued to April 24, 2012, at 9:15 a.m., and that the time beginning April 3, 2012, and extending through April 24, 2012, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: April 9, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT