CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Alejandro Medina-Prado

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO MEDINA PRADO<br><br>Defendant. | CR. No.: 10-411 LKK<br><br>NOTICE OF DEFENDANT ALEJANDRO MEDINA-PRADO'S EX PARTE REQUEST AND ORDER FOR RECOMMENDATION TO BE HOUSED IN TAFT, CA |

PLEASE TAKE NOTICE that Defendant Alejandro Medina-Prado, by and through his attorney, Clemente M. Jiménez, hereby makes this request ex parte that he be housed at the federal facility in Taft, CA. Mr. Medina-Prado would like to be near his family while incarcerated.

This request is made ex parte, and no hearing date is requested, as the government is not opposed to this request.

DATED: July 17, 2012

                                      /s/ Clemente M. Jiménez _____
                                      CLEMENTE M. JIMÉNEZ
                                      Attorney for Alejandro Medina-Prado

CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Alejandro Medina-Prado

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No.: 10-411 LKK |
| Plaintiff, | ORDER THAT DEFENDANT TO BE HOUSED AT FEDERAL PRISON FACILITY IN TAFT, CA |
| vs. | |
| ALEJANDRO MEDINA-PRADO, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Defendant's Request to be housed at the federal prison facility in Taft, CA, be granted, so long as it is consistent with space availability and any security classification concerns of the US Marshals.

DATED: July 17, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT